UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                                                               **NO. 3:07CR-1-R**

**RICHARD C. SALYER**                                                                         **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The Defendant, Richard C. Salyer, by consent and with Fred Radolovich, retained counsel, appeared in open court on January 17, 2007, and entered a plea of guilty to Count 1 of the Information with a written plea agreement. The United States was represented by Dave Stigal, Assistant United States Attorney, on behalf of David Weiser . The hearing was recorded by Dena Legg, official court reporter. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Information, and that the offense charged is supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty as to count one (1) in the Information and have sentence imposed accordingly. Sentencing is hereby scheduled for **April 17, 2007 at 11:30 a.m.** before the Honorable Thomas B. Russell, United States District Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so. The defendant shall be **released** on a $ 50,000/unsecured bond pending the next court appearance..

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

20